Cite as 2024 Ark. 111

# SUPREME COURT OF ARKANSAS

IN RE ARKANSAS SUPREME
COURT COMMITTEE ON CIVIL
PRACTICE

**Opinion Delivered:** June 6, 2024

## PER CURIAM

Michael Thompson, Esq., of Little Rock, and Barrett Moore, Esq., of Batesville, are appointed to the Arkansas Supreme Court Committee on Civil Practice for three-year terms to expire on July 31, 2027. The Court thanks Mr. Thompson and Mr. Moore for their willingness to serve on this important committee.

The Court designates Jamie Jones, Esq., a current member of the committee, to succeed Michelle Kaemmerling as Chair. We thank Ms. Kaemmerling, whose term has expired, for her years of valuable service, and we extend our appreciation to Ms. Jones for undertaking these duties.

Lori Howard, Esq., of Benton, and Lorie Mason Jordan, Esq., of Conway, are reappointed to the Arkansas Supreme Court Committee on Civil Practice for three-year terms to expire on July 31, 2027.

The Court extends its gratitude to Michael Boyd, Esq., of Magnolia, whose term has expired, for his service on this committee.